***E-FILED - 4/24/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GILBERTO JUAREZ, | ) | No. C 09-0778 RMW (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| SANTA CLARA COUNTY, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court has DISMISSED this cause of action. Judgment is entered in favor of defendant and against plaintiff. The clerk shall close the file.

IT IS SO ORDERED.

DATED: _ 4/24/09 _____

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.09\Juarez778jud.wpd         1